THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S.M.F. and A.R.M., | |
| Plaintiffs, | Case No. 2:22-cv-01193-RAJ |
| v. | **NOTICE OF APPEARANCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT;

AND TO: ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney Sean M. Phelan of Frank Freed Subit & Thomas LLP, hereby enters her appearance as additional counsel for Plaintiff A.R.M. This Notice of Appearance is effective immediately.

NOTICE OF APPEARANCE- 1
2:22-cv.01193-RAJ

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1  Dated this 8th day of February, 2024.

2

3                                                    FRANK FREED SUBIT & THOMAS LLP

4
                                                     *s/Sean Phelan*
5                                                    Sean M. Phelan, WSBA No. 27866
                                                     705 Second Avenue, Suite 1200
6                                                    Seattle, Washington  98104
                                                     Phone: (206) 682-6711
7                                                    Fax: (206) 682-0401
                                                     sphelan@frankfreed.com
8

9                                                    *Attorney for Plaintiff A.R.M.*

NOTICE OF APPEARANCE- 2
2:22-cv.01193-RAJ

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711