UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.M.F. and A.R.M.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:22-cv-01193-RAJ<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR |

Upon consideration of Plaintiffs' Unopposed Motion to Approve Settlement Involving Claims of a Minor, and finding that Plaintiffs have complied with LCR 17(c) and that there is good cause, the motion is **GRANTED,** and **IT IS FURTHER ORDERED** that:

(a) Plaintiff S.M.F. is hereby authorized to sign the final settlement agreement on behalf of her child, A.R.M.;

(b) Defendants will deposit the total settlement amount agreed upon of $270,000, in Counsel for Plaintiffs, Northwest Immigrant Rights' IOLTA account;

(c) Each Plaintiff is entitled to half of the settlement amount, $135,000, less the attorneys' fee of $33,750.

(d) For Plaintiff A.R.M., Northwest Immigrant Rights Project is directed to deposit $101,250.00, in a blocked account in Plaintiff A.R.M.'s name with the Umpqua Bank;

ORDER – 1
Case No. 2:22-cv-01193-RAJ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

(e) On her eighteenth birthday, A.R.M. is entitled to withdraw any and all funds from her account as she desires, including any and all interest that accrued to the account.

IT IS SO ORDERED.

DATED this 9th day of February, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2
Case No. 2:22-cv-01193-RAJ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611