The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.M.F. and A.R.M.,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 2:22-cv-01193-RAJ<br><br>STIPULATION FOR DISMISSAL<br><br>Note on Motion Calendar:<br>March 19, 2024 |

The parties, by and through the undersigned counsel of record, previously provided notice that this matter had settled. Now that settlement has been perfected, the parties stipulate that this matter be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which permits the dismissal of an action without a court order upon the stipulation of dismissal signed by all parties who have appeared. The parties further stipulate that this matter be dismissed with prejudice without fees or costs to either party.

**SO STIPULATED**.

//
//
//

STIPULATION FOR DISMISSAL
Case No. 2:22-cv-01193-RAJ - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 19th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | *s/ Matt Adams*<br>Matt Adams, WSBA No. 28287<br>matt@nwirp.org |
| *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664 | *s/ Aaron Korthuis*<br>Aaron Korthuis, WSBA No. 53974<br>aaron@nwirp.org |
| *s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Tel: (206) 553-7970<br>Fax: (206) 553-4067<br>Email: kristen.vogel@usdoj.gov<br>Email: nickolas.bohl@usdoj.gov | *s/ Leila Kang*<br>Leila Kang, WSBA No. 48048<br>leila@nwirp.org<br><br>*s/ Glenda M. Aldana Madrid*<br>Glenda M. Aldana Madrid, WSBA No. 46987<br>glenda@nwirp.org<br><br>*s/ Michael Ki Hoon Hur*<br>Michael Ki Hoon Hur, WSBA No. 59084<br>michael@nwirp.org |
| *Attorneys for United States of America* | |
| I certify that this memorandum contains 83 words, in compliance with the Local Civil Rules. | *s/ Elizabeth Eisenberg*<br>Elizabeth Eisenberg, WSBA No. 54514<br>elizebethe@nwirp.org<br><br>**NORTHWEST IMMIGRANT RIGHTS PROJECT**<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Tel: (206) 957-8611<br>Fax: (206) 587-4025<br><br>*s/ Sean M. Phelan*<br>Sean M. Phelan, WSBA No. 27866<br>sphelan@frankfreed.com<br><br>**FRANK FREED SUBIT & THOMAS LLP**<br>705 Second Ave., Suite 1200<br>Seattle, WA 98104<br>Tel: (206) 682-6711<br>Fax: (206) 682-0401<br><br>*Attorneys for Plaintiffs* |

STIPULATION FOR DISMISSAL
Case No. 2:22-cv-01193-RAJ - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970